AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| JOSHUA KUPFNER, Individually and on Behalf of All Others Similarly Situated | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. |
| ALTICE USA, INC. (See attached rider for additional defendants) | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ALTICE USA, INC.
1 Court Square West Long Island City, New York 11101
(See attached rider for additional defendants).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor, New York, NY 10006
Tel: (212) 363-7500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                                                 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Summons Rider

1. ALTICE EUROPE N.V. (f/k/a ALTICE N.V.)
Prins Bernhardplein 200
Amsterdam, Noord-Holland 1097JB
Netherlands

2. PATRICK DRAHI
c/o Altice Europe N.V. (f/k/a Altice N.V.)
Prins Bernhardplein 200
Amsterdam, Noord-Holland 1097JB
Netherlands

3. JÉRÉMIE JEAN BONNIN
c/o Altice Europe N.V. (f/k/a Altice N.V.)
Prins Bernhardplein 200
Amsterdam, Noord-Holland 1097JB
Netherlands

4. ABDELHAKIM BOUBAZINE
c/o Altice USA, Inc.
1 Court Square West
Long Island City, NY 11101

5. MICHEL COMBES
7 Northbrook Street
Newbury, Berkshire RG14 1AE
United Kingdom

6. DAVID P. CONNOLLY
103 Sunset Court
Shelburne, VT 05482-7739

7. DEXTER G. GOEI
c/o Altice Europe N.V. (f/k/a Altice N.V.)
Prins Bernhardplein 200
Amsterdam, Noord-Holland 1097JB
Netherlands

8. VICTORIA M. MINK
18 Truxton Road
Dix Hills, NY 11746-6711

9. MARK CHRISTOPHER MULLEN
411 Lombard Avenue
Pacific Palisades, CA 90272

10. DENNIS OKHUIJSEN
c/o Altice Europe N.V. (f/k/a Altice N.V.)
Prins Bernhardplein 200
Amsterdam, Noord-Holland 1097JB
Netherlands

11. LISA ROSENBLUM
146 Bull Path
East Hampton, NY 11937

12. CHARLES F. STEWART
360 E 69th Street
New York, NY 10021

13. RAYMOND SVIDER
610 Park Avenue, Apt 2F
New York, NY 10065

14. GOLDMAN SACHS & CO. LLC
Attn: Head of Litigation & Reg.
200 West Street
New York, NY 10282

15. J.P. MORGAN SECURITIES LLC
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

16. MORGAN STANLEY & CO. LLC
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

17. CITIGROUP GLOBAL MARKETS INC.
388 Greenwich Street
New York, NY 10013

18. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

Summons Rider

    19. BARCLAYS CAPITAL INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

    20. BNP PARIBAS SECURITIES CORP.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

    21. CREDIT AGRICOLE SECURITIES
       (USA) INC.
Attn: Legal Dept.
1301 Avenue of the Americas
New York, NY 10019

    22. DEUTSCHE BANK SECURITIES
       INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

    23. RBC CAPITAL MARKETS, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207

    24. SCOTIA CAPITAL (USA) LLC
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

    25. SG AMERICAS SECURITIES LLC
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

    26. TD SECURITIES (USA) LLC.
c/o Corporation Service Company
80 State Street
Albany, NY 12207