# EXHIBIT B

# Loss Chart

Losses of Jeffrey Greenside in Altice USA, Inc. ("ATUS")

| | |
|---|---|
| **Client Name** | Jeffrey Greenside |
| **Company Name** | Altice USA, Inc. |
| **Ticker Symbol** | ATUS |
| **Date of Offering** | 6/21/2017 |

### § 11 Loss Calculation

| | |
|---|---|
| **Total Shares Purchased and Retained** | 1,000 |
| **Price Per Share in the Offering*** | $30.00 |
| **Value of Shares at Purchase** | $30,000.00 |
| **Closing Price on 11/19/2018**** | $17.22 |
| **Estimated Value of Retained Shares as of 11/19/2018** | $17,220.00 |
| **Estimated Gain/(Loss)** | $12,780.00 |

\* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering price of $30.00 are valued at $30.00 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - November 19, 2018