# EXHIBIT 3

| | | | | | Altice USA, Inc. Loss Chart | | | | | | | Lookback |
| | | | | | Class Period: June 2017 IPO | | | | | | | Price |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 17.22 |
| Hadzimichalis, Andrea | 1/3/2018 | 5,000 | ($21.81) | ($109,050.00) | | | | | | | | |
| | 2/26/2018 | 10,000 | ($19.12) | ($191,200.00) | | | | | | | | |
| | | 15,000 | | ($300,250.00) | | | | | 15,000 | $258,300.00 | ($41,950.00) | |