# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

mallory.brennan@shearman.com
212-848-7657

**VIA ECF**

December 21, 2020

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Kupfner v. Altice USA Inc., et al.*, Case No. 1:18-cv-06601-LDH-PK

Dear Judge DeArcy Hall:

On behalf of all parties, we write to provide the Court with an update on the settlement negotiations in the above-referenced matter.

The parties are currently finalizing the terms of the Memorandum of Understanding that will address the key terms of the settlement as to the federal and state court actions. The parties anticipate a resolution whereby the federal action is dismissed with prejudice by stipulation and the class action settlement is submitted for approval in state court.

The parties will submit a stipulation of dismissal with prejudice to the Court as promptly as possible. We are available should the Court have any further questions.

Respectfully submitted,

*/s/ K. Mallory Brennan*

K. Mallory Brennan

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.