Case 1:18-cv-06601-LDH-TAM   Document 80   Filed 03/14/22   Page 1 of 5 PageID #: 771

Clerk's Office:
File Date:
3/14/2022
U.S. DISTRICT
COURT-EDNY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA KUPFNER, individually and on behalf of all other similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ALTICE USA, INC, *et al.*<br><br>Defendants | (LDH)<br>Case No. 1:18-cv-06601-(FB)(LB) |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, this is a putative class action brought under the federal securities law (the "Federal Action");

WHEREAS, by order dated March 22, 2019, this Court appointed Plaintiff Andrea Hadzimichalis ("Hadzimichalis" or "Lead Plaintiff") to serve as lead plaintiff in the Federal Action, and her undersigned counsel (the Rosen Law Firm, P.A.) as lead counsel in the Federal Action;

WHEREAS, a related putative class action, captioned *In re Altice USA, Inc. Sec. Litig*, Master Index No. 711788/2018 (N.Y. Sup. Ct. Queens Cty.) (the "State Action"), asserts substantially similar claims under the Securities Act as are asserted in the Federal Action;

WHEREAS, the claims brought in the State Action are brought on behalf of the same putative investor class as is alleged in the Federal Action, and the putative class in the Federal Action is coterminous with the putative class in the State Action;

WHEREAS, during 2020, Lead Plaintiff and the various plaintiffs in the State Action jointly participated in mediation efforts to reach a global settlement with the Defendants of the

1

claims asserted in both the Federal Action and the State Action, which efforts were conducted under the auspices of Greg Lindstrom, Esq., a highly experienced, independent mediator (the "Mediator");

WHEREAS, following an extended period of arms-length negotiations, Lead Plaintiff Hadzimichalis and the plaintiffs in the State Action (on behalf of themselves and the common class that they all seek to represent), as well as each of the Defendants, agreed to accept a "mediator's proposal" by the Mediator to settle both the Federal Action and the State Action on a class-wide basis;

WHEREAS, pursuant to a binding Memorandum of Understanding dated February 16, 2021and a subsequently executed Stipulation of Settlement dated as of July 16, 2021 (the "Stipulation"), each signed on behalf of all of the Parties in both the Federal and State Action, the Parties have agreed in the interests of administrative efficiency to seek judicial approval of the Parties' proposed class-wide settlement in the State Court, under the procedures for obtaining such approvals provided for under the New York Civil Practice Law and Rules;

WHEREAS, the Parties to the Stipulation have further agreed that, as part of the proposed Settlement, the Lead Plaintiff shall cause the Federal Action to be voluntary dismissed, with prejudice, conditional upon (a) the State Court's entry of an Order and Judgment (substantially in the form attached as Exhibit B to the Stipulation) approving the proposed Stipulation of Stipulation; (b) that Order and Judgment becoming final and non-appealable; and (c) the occurrence of the "Effective Date", as that term is defined in the Stipulation;

WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing … (ii) a stipulation of dismissal signed by all parties who have appeared;" and

WHEREAS, no class has been certified in this Federal Action, or is proposed to be certified in the Federal Action as part of the Settlement, and accordingly Fed. R. Civ. P. 23(e) does not impact Lead Plaintiff's (or any of the other additional named Federal Plaintiffs') ability to file this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

IT IS THEREFORE STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and on behalf of all of the Parties to this Action (the Federal Action) who have appeared, by their undersigned counsel, that this Action is voluntarily dismissed subject to the following conditions:

1. This dismissal shall be without prejudice, and without costs;

2. This dismissal shall automatically be converted to a dismissal "with prejudice," and operate as an adjudication on the merits, upon the occurrence of the Effective Date of the Stipulation, as that term is defined therein;

3. In the event that the Effective Date does not occur, Defendants consent to entry of an order, upon motion by Lead Plaintiff (including pursuant to Fed. R. Civ. P. 60(b)(6)), to re-instate this Action, with all Parties returning to their respective litigation positions in this Action as of the date of the Stipulation of Settlement;

Dated: March 2, 2022

**THE ROSEN LAW FIRM,**

**P.A.** By:   s/ Jonathan Stern
      Laurence M. Rosen
      Phillip Kim
      Jonathan Stern
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel:  (212) 686-1060
Email:  jstern@rosenlegal.com

*Lead Counsel and Attorneys for Lead Federal Plaintiff Andrea Hadzimichalis and Additional Federal Plaintiffs Garfield Anderson, Stephanie Garcia, and Franck Chauvin*

**SHEARMAN & STERLING LLP**

By: s/ K. Mallory Brennan
    Alan S. Goudiss
    K. Mallory Brennan
    Brittany G. Brudnicki
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: agoudiss@shearman.com
       mallory.brennan@shearman.com
       brittany.brudnicki@shearman.com

*Counsel for Defendants Altice USA, Inc., Altice Europe N.V., Patrick Drahi, Jérémie Jean Bonnin, Abdelhakim Boubazine, Michel Combes, David P. Connolly, Dexter G. Goei, Victoria M. Mink, Mark Christopher Mullen, Dennis Okhuijsen, Lisa Rosenblum, Charles F. Stewart, and Raymond Svider*

**PAUL WEISS WHARTON RIFKIND & GARRISON**

By: s/ Yahonnes Cleary
    Susanna M. Buergel
    Audra J. Soloway
    Yahonnes Cleary
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: sbuergel@paulweiss.com
       asoloway@paulweiss.com
       ycleary@paulweiss.com

*Counsel for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Barclays Capital Inc.,*

*BNP Paribas Securities Corp., Credit Agricole Securities (USA) Inc., Deutsche Bank Securities Inc., RBC Capital Markets, LLC, Scotia Capital (USA) Inc., SG Americas Securities LLC, and TD Securities (USA) LLC*

**SO ORDERED:**

s/ LDH                                         3/14/2022
_____
**Honorable LaShann DeArcy Hall, USDJ**
**Eastern District of New York**